# Exhibit C

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-80663-CIV-SMITH

JUST PLAY, LLC,

    Plaintiff,

vs.

FITZMARK, INC.,

    Defendant.
_____/

**PLAINTIFF'S AMENDED RULE 26(a) INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Rule 16.1 of the Southern District Local Rules, Plaintiff Just Play, LLC ("Just Play") hereby makes the following initial disclosures.

These disclosures contain information presently known to Just Play. These disclosures are made without prejudice to Just Play's right to supplement, amend or modify these initial disclosures, rely on additional witnesses, documents or other evidence, and present testimony by disclosed witnesses regarding additional or different topics.

**A.   The name, and if known, the address and telephone number of each individual likely to have discoverable information, along with the subjects of that information, that Defendant may use to support the claims or defenses, unless the use will be solely for impeachment.**

Based on information developed to date, the following individuals and entities may have discoverable information that relates to the allegations contained in the Complaint:

    1.  Scott Fitzgerald
       c/o Scopelitis, Garvin, Light, Hanson & Feary, P.C.
       10 West Market Street,
       Suite 1400, Indianapolis, IN 46204.
       (317) 637-1777

2. Mark Hurley
   c/o Scopelitis, Garvin, Light, Hanson & Feary, P.C.
   10 West Market Street,
   Suite 1400, Indianapolis, IN 46204.
   (317) 637-1777

3. Tony Gurrola
   c/o Scopelitis, Garvin, Light, Hanson & Feary, P.C.
   10 West Market Street,
   Suite 1400, Indianapolis, IN 46204.
   (317) 637-1777

4. Kris Tuivaiti
   c/o Scopelitis, Garvin, Light, Hanson & Feary, P.C.
   10 West Market Street,
   Suite 1400, Indianapolis, IN 46204.
   (317) 637-1777

5. Chris Mageo
   c/o Scopelitis, Garvin, Light, Hanson & Feary, P.C.
   10 West Market Street,
   Suite 1400, Indianapolis, IN 46204.
   (317) 637-1777

6. Michael Borchert
   Just Play, LLC
   c/o Bilzin Sumberg Baena Price & Axelrod LLP
   1450 Brickell Avenue, Suite 2300
   Miami, Florida 33131
   (305) 350-7275

7. Charlie Emby
   Just Play, LLC
   c/o Bilzin Sumberg Baena Price & Axelrod LLP
   1450 Brickell Avenue, Suite 2300
   Miami, Florida 33131
   (305) 350-7275

       8. Geoffrey Greenberg
         Just Play, LLC
         c/o Bilzin Sumberg Baena Price & Axelrod LLP
         1450 Brickell Avenue, Suite 2300
         Miami, Florida 33131
         (305) 350-7275

       9. Dove Carter

Just Play expressly reserves the right to supplement this list as additional facts become known through further investigation and/or discovery.

### B.    Categories of Relevant Documents

Just Play may use non-privileged documents within the following categories to support its defenses in this action:

- Communications with Defendant and/or its employees, independent contractors, or agents;
- Communications between Just Play's employees, independent contractors, or agents;
- Communications between Just Play and its customers; and
- Documents reflecting payments made by Just Play to FitzMark.

The above referenced documents will be available for inspection and copying upon request.

### C.    Computation of Damages

Because Just Play continues to incur damages, the amounts below will likely change subsequent to this disclosure. Just Play will update its damages calculation as needed. Just Play presently claims the following categories of damages in this action, exclusive of interest, attorneys' fees and costs:

| Category of Damages | Dollar Estimate of Damages |
|---|---|
| Damages suffered by Just Play due to Defendant's loss of and damage to Just Play's products | $45,000 |
| Damages in the form of fines and chargebacks assessed to Just Play by Just Play's customers or other third party vendors as a result of Defendants actions | $5,000,000 |
| Damages suffered by Just Play in efforts to mitigate damages caused by Defendant | $1,500,000 |
| Damages in the form of lost profits caused by Defendant's actions | $3,250,000 |
| Damages in the form of harm to Just Play's business relationships with its customers | To be determined |

**D.**  **Disclosure of Insurance**

Just Play states that there is no applicable agreement.

Just Play reserves the right to amend its disclosures based on additional information learned in discovery.

Dated: May 15, 2020

                    Respectfully submitted,

                    **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
                    *Counsel to Plaintiff*
                    1450 Brickell Ave., Suite 2300
                    Miami, Florida 33131
                    Telephone:  305-374-7593
                    Facsimile:   305-351-2253

By: ___*/s/ Jerry R. Goldsmith*___
        **Lori Lustrin, Esq.**
        Florida Bar No. 59228
        llustrin@bilzin.com
        **Jerry R. Goldsmith, Esq.**

Florida Bar No. 119525<br>
jgoldsmith@bilzin.com<br>
eservice@bilzin.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 15, 2020, I served the foregoing document via email on counsel for Defendant, Janis Steck, Esq., jsteck@scopelitis.com, Andy Butcher, Esq. abutcher@scopelitis.com, Kevin Phillips, Esq., kphillips@scopelitis.com, and Peter Blanco, Esq., pab@pablawpa.com.

                                                ___*/s/ Jerry R. Goldsmith*_____
                                                    Jerry R. Goldsmith